IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | CR 06-1692-TUC-JMR(GEE) |
| v. | ) ) ) | **O R D E R** |
| Alberto Hernandez-Amparan, | ) ) ) | |
| Defendant. | ) | |

The District Court, having independently reviewed the pleadings in the court file in this matter and the Magistrate Judge's Report and Recommendation,

**IT IS ORDERED** that the District Court **ADOPTS** the Magistrate Judge's Report and Recommendation dated July 19, 2010.

**IT IS FURTHER ORDERED** a Final Disposition hearing is set for **September 2, 2010 at 9:30 a.m.**

DATED this 16th day of August, 2010.

_____
John M. Roll
Chief United States District Judge